Algire v. Sparling.....................19159
Davis, Agt. v. Oswald & Taube........19155
Federal Life Ins. Co. v. Gulick.........19158
Goff-Kirby Coal Co. v. East Ohio Gas Co 19165
Miller v. West Side Sav. & Loan Ass'n...19164
New Amsterdam Cas. Co. v. Clev. Trin.
  Co. ..............................19153
Schippacasse et v. Lamb et...........19157
Stark v. Steube......................19160
State ex v. Deckebach................19154
State ex v. Jackson Twp. (Bd. Ed.)....19162
Tracy, Aud. v. Deer Park (Vil)........19161
White v. Kane........................19163
Zimmerman v. Morris Plan Bank.......19156

### NEW CASES FILED
#### May 18, 1925

19153—New Amsterdam Casualty Co. v. Cleveland Trinidad Paving Co., Cuyahoga County. Day & Day, Cleveland, for pltf.; Boyd, Cannon, Brooks & Wickham, Cleveland, for deft.

19154—State ex rel Jas Clarke v. A. C. Deckebach, Auditor of Cincinnati; in mandamus. Geo. S. Hawke, Cincinnati, for pltf.; F. K. Bowman, Cincinnati, for deft.

19155—James C. Davis, Agt., etc., v. Oswald & Taube, a partnership, Hamilton County. Harmon, Colston, Goldsmith & Hoadly, Cincinnati, for pltf.; Moulinier, Bettman & Hunt, Cincinnati, for deft.

#### May 20, 1925

19156—Albert R. Zimmerman v. Morris Plan Bank of Cleveland et al; error to Cuyahoga Appeals. Geo. D. Hille, Cleveland, for pltf.; for deft., not given.

19157—Anthony Schippacasse et al v. Fred Lamb et al. Summit Appeals. Motion to certify. Nelan & Walsh, Akron, for pltf.; W. J. Lamb, Orville Brown, Akron, for deft.

#### May 21, 1925

19158—Federal Life Insurance Co. v. Inez Gulick; Cuyahoga County. John H. McNeal, Cleveland, for pltf.; Stearns, Chamberlain & Royon, Cleveland, for deft.

19159—Alta M. Algire v. B. D. Sparling; Hancock County. John E. Betts, G. O. Farquharson, Findlay, for pltf.; W. T. Kinder, Findlay, for deft.

19160—Edgar Stark, Exec. v. Fredericka Steube; Hamilton County. W. S. Little, Cincinnati, for pltf.; W. T. Porter, Cincinnati, for deft.

19161—Joseph T. Tracy, Auditor v. Village of Deer Park. Hamilton Appeals. Motion to certify. C. C. Crabbe, A. H. Wicks, Columbus, Chas. Baker, Jr., C. S. Bell, Jessie Adler, Cincinnati, for pltf.; H. H. Hosbrook, Cincinnati, for deft.

#### May 23, 1925

19162—State ex rel Retirement Board v. Bd. Ed. of Jackson Twp., Rural School Dist. In mandamus. C. C. Crabbe, W. E. Benoy, C. S. Best, Columbus, for pltf.; for deft. not given.

19163—Mary J. White v. Abraham J. Kane. Cuyahoga Appeals. Motion to certify. J. B. Dworken, Cleveland, for pltf.; Rothenberg, McMorris & Smith, Cleveland, for deft.

19164—Charlotte Miller v. West Side Savings & Loan Ass'n et al. Cuyahoga Appeals. Motion to certify. A. W. Heinrich, Cleveland, for pltf.; Maurer, Bolton & McGriffin, Cleveland, for deft.

19165—Goff-Kirby Coal Co. v. East Ohio Gas Co. Cuyahoga Appeals. Motion to certify. Boyd, Cannon Brooks & Wickham, Cleveland, for pltf.; Tolles, Hogsett, Ginn & Morley, Cleveland, for deft.

## PROCEEDINGS OF SUPREME COURT

### TUESDAY, MAY 26, 1925
### GENERAL DOCKET

18575—State ex rel Curtis v. Donahey, Governor. In Mandamus. Dismissed on motion of relator and at his costs. Dock. 5-12-24; 2 Abs. 339.

18576—State ex rel Curtis v. Charles M. Ball. In Quo Warranto. Dismissed on motion of relator and at his costs. Dock. 5-12-24; 2 Abs. 339.

18736—Olmsted Hotel Co. v. State, ex rel. Price, Atty. Genl., error to Cuyahoga Appeals. Dismissed for want of preparation. Marshall, C. J., Jones, Matthias, Allen, Kinkade and Robinson, JJ., concur. Dock. 7-29-24; 2 Abs. 483. OS. Pend., 2 Abs. 595.

18738—East Cleveland (City) v. East Cleveland (Bd. Ed.); error to Cuyahoga Appeals. Affirmed. Jones and Day, JJ., concur. Marshall, C. J., Matthias, Allen, Kinkade and Robinson, JJ., dissent. Dock. 7-31-25; 2 Abs. 484. OA. 2 Abs., 712.

18821—W. E. Richey et al v. Allen Brett, Rcr.; error to Cuyahoga Appeals. Reversed. Marshall, C. J., Jones, Matthias, Allen, Kinkade and Robinson, JJ., concur. Dock. 11-14-24; 2 Abs., 754. OA. 3 Abs. 19., opinion.

18875—John Vansuch, Director v. State ex rel Fetch et al; error to Mahoning Appeals. Judgment of Appeals reversed and that of Common Pleas affirmed. Dock. 12-22-24; 2 Abs. 2; O. S. Pend. 3 Abs. 36; mo. cer. Al. 3 Abs. 147.

18968—James L. Leonard et al v. Elgin, Joliet & Eastern R. R. Co.; error to Hamilton Appeals. Pet. err. Dismissed. Dock. 2-20-25; 3 Abs. 130. OS. Pend. 3 Abs. 233.